UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Petitioner | ) | |
| | ) | |
| V. | ) | M.B.D. No. |
| | ) | |
| ELLEN A. BIOTTI | ) | 05MBD 10061 |
| | ) | |
|     Respondent | ) | |

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Susan Samaha, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # 24 in the United States Courthouse in Boston on the 19th day of May, 2005, at 2:15 P M, to show cause why she should not be compelled to obey the Internal Revenue Service Summons served upon her on July 20, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Ellen A. Biotti on or before May 2nd, 2005. It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at Boston, Massachusetts on this 4th day of April, 2005.

UNITED STATES MAGISTRATE JUDGE